UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DILENIA PAGUADA,                                         :
:
                Plaintiff,              :
:         20-CV-7153 (VSB)
     -against-                                          :
:         **ORDER**
CHEMIST CREATIONS, INC.,                    :
:
                Defendant.          :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on September 2, 2020, (Doc. 1), and filed an affidavit of service on November 12, 2020, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was November 13, 2020. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 21, 2020. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 1, 2020
               New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge